IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAMEA S. TENISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-13-110-C |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on August 18, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the Motion for Summary Judgment (Dkt. No. 24), filed by Defendants Morton, Knutson, and McCoy is granted; Defendants' Motion to Dismiss (Dkt. No. 27), filed by Defendants Miller, Jones, and Roof is granted; Plaintiff's claims against the Oklahoma Department of Corrections are dismissed with prejudice under the Eleventh Amendment, and Plaintiff's claims against Defendants Corrections Corporation of America and Cimarron Correctional Facility are dismissed. Plaintiff's "Motion to Rebuttal Defendant's Motion" (Dkt. No. 32),

and his "Motion to Settlement" (Dkt. No. 33) are denied as moot. A judgment shall enter accordingly.

IT IS SO ORDERED this 24th day of September, 2014.

_____
ROBIN J. CAUTHRON
United States District Judge